AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| United States of America<br>v.<br><br>SHAWN THOMAS CONAWAY<br><br>*Defendant(s)* | Case No.  MS18-10257-CWD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2018__ in the county of __Canyon__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. sec. 1591(a)(1), (b)(2) | Attempted Sex Trafficking of Children |
| 18 U.S.C. sec. 2423(b) | Travel with Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Daren M. Boyd.

☑ Continued on the attached sheet.

_____
Complainant's signature

Daren M. Boyd, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/04/2018__

_____
Judge's signature

City and state: __Boise, Idaho__   Candy W. Dale, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daren M. Boyd, Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state:

## INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as a Special Agent for over twenty-two (22) years and am assigned to the Boise, Idaho HSI office (HSI Boise) under the Seattle, Washington HSI office (HSI Seattle), which has jurisdiction over Washington, Alaska, Oregon and Idaho. I have successfully completed the Criminal Investigator Training Program and the Immigration and Naturalization Service Special Agent Training at the Federal Law Enforcement Training Center in Brunswick, GA.

As a Special Agent, I am responsible for enforcing federal criminal statutes including the distribution and/or transportation of images of minors engaged in sexually explicit conduct offenses, pursuant to 18 U.S.C. § 2252(a)(2). My duties also include investigating criminal violations relating to child exploitation and child pornography[1] including violations pertaining to the illegal production, receipt and possession of child pornography, and attempts or conspiracies to commit those crimes. I have reviewed numerous examples of child pornography in several forms of media including computer media. I have also participated in the execution of numerous search warrants, the majority of which involved child exploitation and/or child pornography

---

[1] "Child Pornography," as used herein, includes the definition in 18 U.S.C. § 2256(8)(A), involving any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(1) and (2).

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—1

offenses. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and ICE Regulations.

As part of my duties, I have investigated child exploitation cases almost exclusively for the last eleven (11) years. I have participated in numerous investigations involving the sexual exploitation of children and the use of the Internet to conduct criminal activity, including fraud, child pornography, controlled substance related crimes, etc. I have been active with the Boise, Idaho United States Attorney's Office Project Safe Childhood Working Group and the Idaho Internet Crimes Against Children Taskforce for the last eight (8) years. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

I am submitting this affidavit as probable cause to arrest and charge SHAWN THOMAS CONAWAY with violation of Title 18 U.S.C. § 2423(b) for Travel with the Intent to Engage in Illicit Sexual Conduct and Title 18 U.S.C. § 1591 for Attempted Sex Trafficking of Children.

## APPLICABLE LAW

Title 18, United States Code, Section 2423(b) states: "A person who travels in interstate commerce or travels into the United States, or a United States citizen or an alien admitted for permanent residence in the United States who travels in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both." The statute defines "illicit sexual conduct" as "a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States. Under 18 U.S.C. § 2246, the term "sexual act" includes contact

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—2

between the penis and the vulva, the penis and the anus, the mouth and the penis, the mouth and the vulva, and the penetration of the anal opening by an object.

Title 18, United States Code, Section 1591(a) states: "Whoever knowingly (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, advertises, maintains, patronizes, or solicits by any means a person; or (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or, except where the act constituting the violation of paragraph (1) is advertising, in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b)."

Under Idaho Code § 18-1508: "Any person who shall commit any lewd or lascivious act or acts upon or with the body or any part or member thereof of a minor child under the age of sixteen (16) years, including but not limited to, genital-genital contact, oral-genital contact, anal-genital contact, oral-anal contact, manual-anal contact, or manual-genital contact, whether between persons of the same or opposite sex . . . when any of such acts are done with the intent of arousing, appealing to, or gratifying the lust or passions or sexual desires of such person, such minor child, or third party, shall be guilty of a felony and shall be imprisoned in the state prison for a term of not more than life."

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—3

## STATEMENT OF PROBABLE CAUSE

On November 2nd and 3rd, 2018, a multi-agency operation was conducted to identify individuals who are predisposed to travel to engage in sexual activity with minors. During this two-day operation, on November 3, 2018, an undercover law enforcement officer engaged in online and telephonic communications regarding an individual traveling from the state of Oregon to Caldwell, Idaho to exchange something of value for a sexual encounter with a minor.

### CRAIGSLIST POSTING

On November 2, 2018, at approximately 9:49 p.m. an Undercover ("UC") Idaho Crimes Against Children (ICAC) taskforce officer posted the following advertisement in the Community>Groups section on the Boise Craigslist website under the heading:

**MW4M (Caldwell)**
Anyone looking for PnP? My + your Favors + fun 4 all.
HMU

### E-MAIL EXCHANGES

At 2:20 a.m. on November 3, 2018, "Shawn Conaway" sent an anonymized Craigslist e-mail message to the UC ICAC taskforce officer's anonymized Craigslist e-mail that contained the following text: "Im down for this tell more what you got in mind."

At 2:34 a.m., the UC ICAC taskforce officer sent an anonymized Craigslist e-mail message to an anonymized Craigslist e-mail account with the username "Shawn Conaway" that contained the following text: "We would have to do tomorrow txt me at (redacted 208 area code phone number)".

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—4

## TEXT MESSAGES

Beginning at 2:38 p.m. on November 3, 2018, and ending at approximately 9:41 p.m. on November 3, 2018, the following text message exchange between an unknown male at telephone number (541) 403-4348 and the UC occurred on the anonymous social media and chat site Whisper:

| | |
|---|---|
| unknown male: | Hello |
| unknown male: | Tell me more of what you have in mind |
| UC: | We can host u got favors? |
| unknown male: | Depending on favors i got some |
| UC: | Like what |
| unknown male: | So tell more of what you have in mind |
| unknown male: | Weeds, adhd stuff |
| UC: | Nice that'll work txt me tonight when ur ready |
| unknown male: | So what do you guys have in mind? |
| unknown male: | Are you talking a all play like mfm? Or like mmf type of thing? |
| UC: | Meet up party then play some u cool with threesome or one at a time |
| unknown male: | 3 sum fine is your man straight or bi |
| …. | |
| UC: | Age |
| unknown male: | 44 |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—5

| | |
|---|---|
| unknown male: | Im thinking like him in me and me in you and vice versa type of thing |
| unknown male: | Is a fantascy been having so he be banging me while bang you at same time you down with that? |
| UC: | Absolutely man sounds hot |
| UC: | Hey you cool with you |
| UC: | Younger |
| UC: | I'm 19 |
| unknown male: | Im ok with that |
| UC: | Okay she's younger than .e a |
| unknown male: | As long as you both 18 an up im ok with that |
| UC: | Me and we are house sitting in Caldwell txt me tonight when ur ready |
| unknown male: | She 18? |
| UC: | Ya she's not 18 so it's cool man |
| unknown male: | So your 19 an she is ? |
| UC: | 15 but looks a lot older her mom knows we are actin |
| UC: | Active |
| unknown male: | Active how? That you two sexual active or that you swing? |
| unknown male: | I think im going to pass sorry if she was 18 it be cool |
| unknown male: | Sorry |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—6

| | |
|---|---|
| UC: | Cool man no worries |
| unknown male: | Its the age thing im not trying to go to jail if she was 18 it be cool |
| unknown male: | Sorry |
| unknown male: | It would of been fun |
| unknown male: | One sides says to go for it my other side says no |
| UC: | No pressure man let me know if u change ur mind |
| unknown male: | So she cool with all this whonidea is this hers or yours? |
| unknown male: | So she is cool with all this is this her idea or yours or both have you guys ever done this before? |
| unknown male: | Depending on the time i may go for it |

. . . .

| | |
|---|---|
| unknown male: | So if we meet where we meeting |
| UC: | where U at? |
| unknown male: | 2hr drive away |
| unknown male: | From Boise |
| UC: | Cool we r in Caldwell you over near twin? |
| unknown male: | No |

. . . .

| | |
|---|---|
| UC: | she wants to know what ur into? |
| unknown male: | When r u guys avaible an where woukd we met to do this? |
| unknown male: | An is she cool with all this ? |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—7

. . . .

unknown male:   What im into like?

. . . .

UC:   besides what we all talked about last night anything else U want to see happen just so we r all on the same page we liked the idea of vice versa thing

unknown male:   Happen like sexually?

UC:   ya

unknown male:   like dp

unknown male:   A dpv

UC:   i've never done a dpv

unknown male:   The real ? Is what would you guys like to see hapoen?

UC:   ??

. . . .

unknown male:   What do you guys want to do what ideas do you have?

unknown male:   So she cool with like you in me an me in hervatvsame time then we reverse it how about you in her while getting im getting head or vice versa ?

. . . .

UC:   Hey it's me, you still want to bang me while he bangs you?  never tried that and he's open

. . . .

unknown male:   Yeah im down with that if you are

unknown male:   He is open to trying in that ?

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—8

| | |
|---|---|
| unknown male: | Both ways or just one? |
| UC: | tryin to read ur text and U want me to give you head while he does me? |
| unknown male: | That too an we can switch thst way too |
| unknown male: | What is it you want to do? |
| unknown male: | Those are just some thoughts i had a fantascy i had |
| UC: | I'm good as long as we are safe what time? U brining favors? |

. . . .

| | |
|---|---|
| unknown male: | Safe as in condoms right |
| UC: | Ya |
| unknown male: | I have weed an adhd stuff i can get alcohol |
| UC: | sweet you know where Caldwell is? |
| unknown male: | Yes |
| unknown male: | I go to boise a lot |

. . . .

| | |
|---|---|
| unknown male: | Does he want to suck dick? |
| unknown male: | Does ge want dick sucked ? Do you want pussy eaten ? |
| UC: | he wants to try head WBU what do u want to do to me or me do to U? |
| unknown male: | Have you done pegging |
| unknown male: | Im down with that |
| UC: | idk what that is? |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—9

| | |
|---|---|
| unknown male: | To give head or recieve it |
| unknown male: | Pegging where female does the male |
| UC: | how do I do that? |
| unknown male: | Google it |
| UC: | lol okay |
| UC: | i don't have a strap on do you? |
| unknown male: | I dont |
| UC: | okay well idk then |

. . . .

| | |
|---|---|
| UC: | lol so u wanna come over? |
| unknown male: | I think i am |
| UC: | cool what time so we can be ready |
| unknown male: | Before 10 |
| unknown male: | Or after |
| unknown male: | But you havent told the addrs |
| unknown male: | Im coming |

. . . .

| | |
|---|---|
| unknown male: | 1i need a adfrs |
| unknown male: | Im in caldwell |

. . . .

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—10

During the above chat message exchange, an adult male was directed by the UC ICAC Taskforce officer to first travel to the Sage Travel Plaza located at 2929 Franklin Road in Caldwell, Idaho, and then to a residence provided by the UC ICAC Taskforce officer located in Caldwell, Idaho. Based on the communication detailed above, the adult male believed that if he went to the house he would give marijuana, alcohol, and prescription medication to a fifteen (15) year old female and her boyfriend in exchange for sexual contact with both individuals.

Law enforcement mobile surveillance units stationed in the area of the Sage Travel Plaza were notified of the pending arrival of an adult male who could be driving a vehicle with Oregon State license plates. Law enforcement surveillance units at the Sage Travel Plaza noted a 2000 Green Subaru Legacy with Oregon license plate number 835KCP pull into the parking area of the Sage Travel Plaza. An intel analyst from the Idaho Criminal Intelligence Center found that license plate was registered with the Oregon Department of Motor Vehicles to Shawn Thomas CONAWAY in Baker City, Oregon.

The Green Subaru Legacy then left the Sage Travel Plaza parking area and the law enforcement surveillance unit conducted mobile surveillance and followed the vehicle to the street of the residence provided by the UC ICAC Taskforce officer in Caldwell, Idaho. An adult male exited the Green Subaru Legacy and walked to the rear door of the residence as directed by the UC ICAC Taskforce officer.

Law enforcement officers from the United States Marshal Service (USMS) Greater Idaho Fugitive Taskforce (GIFT) encountered the adult male who was identified as Shawn Thomas CONAWAY at the rear door of the residence and took him into custody. During a search incident to his arrest, CONAWAY was found to be in possession of a blue Samsung Galaxy Note 9, an undetermined amount of a green leafy substance that appears to be marijuana, and a

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—11

prescription medication bottle containing eighteen (18) tablets. The labeling on the medication bottle lists the contents as amphetamine/dextroamphetamine five (5) milligram tablets.

While still at the residence, CONAWAY spoke with HSI Special Agent (SA) Chris Cutler and Idaho ICAC Officer Paul Farina. SA Cutler explained to CONAWAY that they wished to speak to him regarding the circumstances that led to him being arrested and advised CONAWAY of his rights pursuant to Miranda. CONAWAY initially stated he wanted to speak with a lawyer. A few minutes later, CONAWAY initiated a conversation with SA Cutler and stated that he was willing to answer questions. SA Cutler asked CONAWAY if he needed to be re-advised of his Miranda rights to which CONAWAY responded he did not. CONAWAY then signed his Statement of Rights Form which was witnessed by SA Cutler and ICAC Officer Farina.

CONAWAY consented to the officers searching his vehicle and he read and signed a Consent to Search Form documenting this consent. Officers recovered a six (6) pack of Keystone Light sixteen (16) ounce beer from CONAWAY's vehicle.

CONAWAY also consented to the officers searching his Samsung Note 9 cellular telephone device, and he read and signed an HSI Consent to Search Cellular Telephone form documenting this consent.

After his arrest, CONAWAY was then transported to the Canyon County Sheriff's Office (CCSO) for interview. HSI SA Cutler and ICAC Officer Farina interviewed CONAWAY in an interview room equipped with audio and video recording capabilities.

During the interview, multiple times CONAWAY admitted that he knew it was illegal to attempt to engage in sexual activities with a minor child. CONAWAY said that he has been under a lot of stress and suffering from numerous medical conditions which led him to looking at

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—12

advertisements on Craigslist. CONAWAY admitted that he brought the marijuana, and Adderall pills to share with the people he believed to be at the house, including a 15-year-old female. CONAWAY stated that he had brought alcohol to consume himself. CONAWAY said that he resides in Baker City, Oregon and that today he had traveled directly from Baker City, Oregon to Caldwell Idaho for the purpose of meeting the individuals from the Craigslist advertisement he had responded to. CONAWAY stated that he was possibly going to see his ex-wife in Boise after he had met with the individuals. Throughout the arrest and interview process CONAWAY stated numerous times that he had made a stupid mistake.

At the CCSO, HSI Computer Forensics Agent (CFA) Brad Thrall performed a short forensic review of CONAWAY's blue Samsung Galaxy Note 9 cellular telephone and found numerous text messages exchanged between CONAWAY's device and the UC ICAC taskforce officer's telephone number. HSI CFA Thrall verified the phone number for STEELS's LG cellular telephone is (541) 403-4348. Additionally, HSI CFA Thrall verified the last text message sent to CONAWAY's blue Samsung Galaxy Note 9 from the UC ICAC taskforce officer's number read, "TEST TEST TEST" at 9:44 p.m. CONAWAY was arrested at the residence provided by the UC ICAC Taskforce officer at 9:43 p.m. The UC ICAC taskforce officer verified he/she sent a text message to the adult male from Oregon he had been communicating with shortly after being notified that an individual was detained at the residence. The UC ICAC taskforce officer reported the test message he sent read, "TEST TEST TEST".

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT—13

## CONCLUSION

Based on the foregoing, there is probable cause to arrest and charge Shawn Thomas CONAWAY with a violation of Title 18 U.S.C. § 2423(b) for Travel with the Intent to Engage in Illicit Sexual Conduct and Title 18 U.S.C. § 1591 for Attempted Sex Trafficking of Children.

We also request that this Complaint be sealed and that no distribution be permitted because this operation is ongoing.

Respectfully submitted,

Daren M. Boyd
Special Agent, HSI

Subscribed and sworn before me this 4th day of November, 2018.

The Honorable Candy W. Dale
United States Magistrate Judge